UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LUIS ROLDAN-CORTES,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-2200 (JAF)

(Crim. No. 97-284)

# J U D G M E N T

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered summarily dismissing the present 28 U.S.C. § 2255 federal habeas corpus petition. Rule 4(b), <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 10th day of October, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge